LAW OFFICES OF WILLIAM L. BAKER
William L. Baker (State Bar #114454)
1050 Fulton Avenue, Suite 218
Sacramento, CA  95825
Telephone:  (916) 978-0772
Facsimile:   (916) 481-5080

Attorney for Defendants KEYSTONE
RV COMPANY and JAMES B. TUCK
ENTERPRISES, INC. dba FUN CARS/TOY
HAULER LIQUIDATORS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERVIN SWANSON, an individual, | Case No:  2:16-CV-01512-KJM-EFB |
| Plaintiff | |
| v. | **STIPULATION AND ORDER FOR REFERRAL TO VDRP** |
| KEYSTONE RV COMPANY, INC., a corporation; and JAMES B. TUCK ENTERPRISES, INC., a corporation, | **[L.R.271(i)]** |
| Defendants. | |

Plaintiff MERVIN SWANSON and Defendants KEYSTONE RV COMPANY and Defendant JAMES B. TUCK ENTERPRISES, INC. dba FUN CARS/TOY HAULER LIQUIDATORS, enter into the following stipulation:

1. The Parties agree to refer this dispute to the Court's Voluntary Dispute Resolution Program [hereinafter "VDRP"] pursuant to Local Rule 271.

2. The VDRP process shall be completed by the Parties on or before January 20, 2017 and the Neutral shall file confirmation of completion of the process no later than January 31, 2017.

3. The Parties may propound Interrogatories or Requests for Production of Documents during the time the case is referred to VDRP and Defendants may also serve a Request for Inspection regarding the Travel Trailer that is the subject matter of the dispute while the case is

**STIPULATION AND ORDER FOR REFERRAL TO VDRP**

referred to VDRP. All other discovery shall be stayed until after completion of the VDRP process.

Dated: October 6, 2016                           TERRY L. BAKER

                                                              By: /s/ Terry L. Baker (as authorized on October 6, 2016
TERRY L. BAKER, SBN 214365
Counsel for Plaintiff MERVIN SWANSON

Dated: October 6, 2016                           LAW OFFICES OF WILLIAM L. BAKER

                                                               By: /s/ William L. Baker
WILLIAM L. BAKER, SBN 114454
Counsel for Defendants KEYSTONE RV COMPANY, INC. and JAMES B. TUCK ENTERPRISES, INC. dba FUN CARS/TOY HAULER LIQUIDATORS

## **ORDER**

The parties' agreement regarding discovery is APPROVED. This matter is referred to the court's ADR Coordinator, Sujean Park, for the convening of a VDRP session to take place in January 2017. A principal with full settlement authority for each party shall appear at the VDRP session.

The parties are reminded to promptly notify the court if they settle this case prior to the scheduled VDRP conference date.

If the case does not settle at the VDRP session, the parties are directed to file the joint initial scheduling report required by this court's standing order by February 23, 2017. This case is set for an initial scheduling status conference on March 2, 2017, at 2:30 p.m.

IT IS SO ORDERED.

Dated: October 12, 2016

                                                          UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR REFERRAL TO VDRP